IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYLVIA GITTELMACHER, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRAVELERS PROPERTY CASUALTY | : | |
| INSURANCE COMPANY et al., | : | NO. 21-3264 |
|     Defendants | : | |

## ORDER

**AND NOW**, this 27th day of March, 2023, upon consideration of Defendant Depositors Insurance Company's Motion for Summary Judgment (Doc. No. 28), Plaintiff's Responses in Opposition (Doc. Nos. 31, 32, & 44), Depositor's Replies in Support (Doc. Nos. 33 & 45), and the oral argument held on September 27, 2022, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Depositors' Motion for Summary Judgment (Doc. No. 28) is **GRANTED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1